# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:   JOHN LEE WHALEY                IN THE MATTER OF:
         CANDICE MARIE AULERICH         JOHN LEE WHALEY
         1357 SANDPIPER LN              1357 SANDPIPER LN
         CORONA, CA 92881               CORONA, CA 92881

                                        DATE: 11/17/2009
                                        Case No. 6:09-bk-21520-MJ
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|    | DOAN LAW FIRM, LLP    | NOT SCHEDULED | $0.00        |      |   | 0  |
| 01 | Aargon Collection Ag  | $84.00        | $82.34       | 1574 | U | 1  |
| 08 | AMERICAN EXPRESS      | $5,207.00     | $5,163.35    | 1005 | U | 2  |
|    | Capital 1 Bank        | $12,945.00    | NOT FILED    | 5915 | U | 3  |
| 11 | CAPITAL ONE           | $1,245.00     | $1,413.04    | 1173 | U | 4  |
| 14 | ECAST SETTLEMENT COR  | $8,132.00     | $8,551.22    | 9722 | U | 5  |
| 15 | ECAST SETTLEMENT COR  | $4,823.00     | $5,063.17    | 4913 | U | 6  |
| 07 | PORTFOLIO RECOVERY A  | $1,351.00     | $1,357.67    | 0504 | U | 7  |
| 13 | PORTFOLIO RECOVERY A  | $2,694.00     | $2,519.06    | 7820 | U | 8  |
| 03 | STATE FARM CALIFORNI  | $18,746.00    | $171,782.79  | 4068 | U | 9  |
| 06 | STATE FARM BANK       | $13,788.00    | $14,131.46   | 6883 | U | 10 |
|    | State Farm Financial  | $4,785.00     | NOT FILED    | 8826 | U | 11 |
| 05 | BAC HOME LOANS SERVI  | $144,700.00   | $149,461.02  | 9514 | U | 12 |
|    | Hfc - Usa             | $25,752.00    | NOT FILED    | 9617 | U | 13 |
| 17 | BARCLAYS CAPITAL REA  | $17,790.00    | $20,246.86   | 2976 | E | 14 |
| 02 | STATE FARM CALIFORNI  | $18,659.00    | $18,383.63   | 4068 | S | 15 |
| 04 | STATE FARM CALIFORNI  | $15,742.00    | $14,153.91   | 4068 | S | 16 |
| 16 | IRS/U.S. TREASURY DE  | $8,626.00     | $7,894.16    | 4742 | P | 17 |
| 12 | AMERICAN EXPRESS      | NOT SCHEDULED | $3,440.01    | 1005 | U | 18 |
| 10 | CAPITAL ONE           | NOT SCHEDULED | $5,964.95    | 8502 | U | 19 |
| 09 | CAPITAL ONE           | NOT SCHEDULED | $13,214.89   | 1640 | U | 20 |
|    | ROSICKI, ROSICKI & A  | $0.00         | NOTICE ONLY  |      | N | 21 |
| 16 | IRS/U.S. TREASURY DE  | NOT SCHEDULED | $709.61      | 4742 | U | 10017 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-21520-MJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    11/17/2009

_____/s/_____
PAULETTE ROSELI

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 11/17/2009 at Riverside, California.

_____/s/_____
PAULETTE ROSELI

```
JOHN LEE WHALEY                          DOAN LAW FIRM, LLP
1357 SANDPIPER LN                        25401 CABOT ROAD
CORONA, CA   92881                       SUITE 119
                                         LAGUNA HILLS, CA   92653
```